### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY, KANSAS

| | |
|---|---|
| EMILY THOMPSON, | ) |
| Plaintiff, | ) |
| | ) Case No. |
| vs. | ) |
| | ) |
| LEAVENWORTH COUNTY | ) |
| SHERIFF'S OFFICE, et al, | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446, Defendant Adam Turner, ("Defendant Turner") hereby removes the above-captioned action, Case No. LV-2025-CV-000359, from the District Court of Leavenworth County, Kansas to the United States District Court for the District of Kansas.

Removal of this action is proper because, pursuant to 28 U.S.C. § 1441(a), this Court has original jurisdiction founded on Plaintiff's claims asserting violations of her constitutional rights under the 4th, 8th and 14th Amendments. Raising a claim that arises under federal law allows for removal of this matter pursuant to 28 U.S.C. §§ 1331 and 1343.

Plaintiff filed her original Petition on October 1, 2025. On October 24, 2025, Plaintiff served her petition on Defendant Adam Turner. Removal is timely and proper under 28 U.S.C. § 1446(b)(1) because this removal is filed within 30 days after service on this defendant.

Counsel for Defendants Leavenworth County and Andrew Dedeke has consented to this removal and will separately file a consent to removal with the clerk of this court.

A copy of this Notice will promptly be delivered via electronic mail to all parties and shall be filed with Clerk of the District Court of Leavenworth County, Kansas, pursuant to 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(a) and local rule 81.2, a copy of all records and proceedings had in the state court will be filed with the clerk of this court within 21 days of this filing.

Respectfully submitted,

**McCAULEY & ROACH, LLC**

By: /s/ *Jeffrey S. Kratofil*
Jeffrey S. Kratofil, KS # 23983
527 W. 39th Street, Suite 200
Kansas City, MO 64111
Phone: (816) 523-1700
Fax:    (816) 523-1708
E-mail: jeff@mccauleyroach.com
**Attorney for Defendant Turner**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2025, I electronically filed the foregoing with the Clerk of the Court and served the foregoing on the following parties via electronic mail:

Barry R. Grissom
Jake Miller
GRISSOM MILLER LAW FIRM LLC
1600 Genessee St., Suite 460
Kansas City MO 64102
(816) 336-1213
(816) 384-1623 fax
barry@grissommiller.com
jake@grissommiller.com
**ATTORNEYS FOR PLANTIFF**

Andrew D. Holder
FISHER, PATTERSON, SAYLER & SMITH, LLP
9393 W. 110th Street, Suite 300
Overland Park, KS 66210
(913) 339-6757/(913) 660-7919 – Fax
aholder@fpsslaw.com
**ATTORNEY FOR DEFENDANTS**