**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

EMILY THOMPSON,
Plaintiff,

v.                                                      Case No. 2:25-cv-02681-TC-GEB

SHERIFF ANDREW DEDEKE,

and

ADAM EDWARD TURNER,
Defendants.

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Barry R. Grissom and Jacob Miller of Grissom & Miller Law Firm, LLC, counsel of record for Plaintiff Emily Thompson, and respectfully moves the Court for leave to withdraw as counsel for Plaintiff pursuant to D. Kan. Rule 83.5.5(a) and Kansas Rule of Professional Conduct 1.16. In support of this Motion, counsel states as follows:

1.      Counsel has appeared in this action on behalf of Plaintiff Emily Thompson.

2.      Counsel seeks leave to withdraw from the representation of Plaintiff in this matter.

3.      Withdrawal is sought because professional considerations and the attorney-client relationship require termination of the representation. Counsel has determined that continued representation has been rendered unreasonably difficult and that good cause exists for withdrawal under Kansas Rule of Professional Conduct 1.16. Counsel does not set forth additional detail because doing so may implicate duties of confidentiality and other applicable standards of professional conduct.

4.      If this Motion is granted and no substitute counsel has entered an appearance

Plaintiff will be left without counsel of record. Accordingly, counsel files this Motion pursuant to D. Kan. Rule 83.5.5(a) and acknowledges that withdrawal is not effective unless and until the Court enters an order authorizing withdrawal.

5.      Counsel has provided Plaintiff with notice that, if withdrawal is granted and no substitute counsel appears, Plaintiff will be personally responsible for complying with all orders of the Court and all-time limitations established by the Federal Rules of Civil Procedure and the Local Rules of this Court.

6.      Counsel has also provided Plaintiff with notice of pending trial settings, hearings, conferences, and has shared the Court's Sheduling Order. Counsel request that all dates be suspended for 90 days to allow Plaintiff to secure new counsel. (See attached Ex. A)

7.      Plaintiff's current mailing address and telephone number, to the best of counsel's knowledge, are:

Emily Thompson
510 Pawnee Street
Leavenworth, Kansas 66048
(913) 405-5062
1keion8337@gmail.com

8.      Concurrently with the filing of this Motion, counsel will serve Plaintiff with a copy of this Motion by, as required by D. Kan. Rule 83.5.5(a)(2).

9.      Counsel will also serve this Motion on all attorneys of record in this case pursuant to Fed. R. Civ. P. 5(b) and D. Kan. Rule 83.5.5(a)(3).

10.     Counsel will file proof of personal service, by an affidavit indicating that Plaintiff received a copy of this Motion, as required by D. Kan. Rule 83.5.5(a)(4). (See attached Ex. B)

11      Counsel has taken, and will continue to take to the extent reasonably practicable, steps to protect Plaintiff's interests upon termination of the representation, including providing reasonable notice, allowing time for Plaintiff to obtain other counsel, and

addressing the transfer or surrender of papers and property to which Plaintiff is entitled, consistent with Kansas Rule of Professional Conduct 1.16(d).

12.    Counsel respectfully requests that the Court enter an order authorizing counsel's withdrawal from representation of Plaintiff in this matter.

## **<u>REQUEST FOR RELIEF</u>**

WHEREFORE, Barry R. Grissom and Jacob Miller of the Grissom & Miller Law Firm, LLC respectfully request that the Court enter an order:

1.    Granting this Motion for good cause shown;

2.    Authorizing Barry R. Grissom and Jacob Miller of the Grissom & Miller Law Firm, LLC to withdraw as counsel of record for Plaintiff Emily Thompson;

3.    Directing the Clerk to update the docket to reflect Plaintiff's mailing address and telephone number for service purposes if Plaintiff remains unrepresented;

4.    Stay all dates on the Scheduling Order for 90 days to all Plaintiff to secure new counsel, and

5.    Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Barry R. Grissom
Barry R. Grissom        KS #10866
/s/ Jacob Miller
Jacob Miller            KS #28337
***Grissom Miller Law Firm, LLC***
1600 Genessee Street, Ste. 460
Kansas City, MO 64102
(816) 336-1213
barry@grissommiller.com
jake@grissommiller.com
Attorneys for Plaintiff

## CERTIFICATE OF SEREVICE

I hereby certify that on July 14, 2026, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will end a notice of electronic filing to all counsel of record and Plaintiff was personally served at her residence.

/s/ Barry R. Grissom