Exhibit A

GRISSOM MILLER

# G|M

LAW FIRM, LLC

92

1600 Genessee Street
Suite 460
Kansas City, Missouri 64102

Phone: 816-336-1213
913-359-0123
Toll Free: 1-888-902-3352
Fax: 816-384-1623

WWW.GRISSOMMILLER.COM

**Hand Delivered**

Emily Thompson
510 Pawnee Street
Leavenworth, Kansas 66048

July 14, 2026

RE:  Motion to Withdraw as Counsel

Dear Ms. Thompson:

Attached please find the Motion to Withdraw as Counsel we previously discussed. Also attached are all pleadings in your case. **I draw your attention to the Court's Scheduling Order.** I have asked the Court to stay the order and allow you 90 days to secure new counsel. If you can not find another attorney and 90 days have lapsed, you will be held to any new scheduling order that might be produce by the Court.

All other items in your file will be forwarded to you within the next two weeks as I will be out of town and in trial as soon a I return.

Most Respectfully,

Barry R. Grissom