Exhibit B

| COURT:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS | FOR COURT USE ONLY |
|---|---|
| PLAINTIFF/PETITIONER:<br>EMILY THOMPSON | |
| DEFENDANT/RESPONDENT:<br>SHERIFF ANDREW DEDEKE and ADAM EDWARD TURNER | |
| **AFFIDAVIT OF SERVICE** | CASE NUMBER:<br>2:25-cv-02681-TC-GEB |

Court Date:    Court Time:
**EMILY TURNER**



*131711*

I, **Joseph M. Powers** ,being over the age of 18 years old and not a party to this action, depose and say that:

On **07/14/2026** at **10:50 AM**, I served the within **MOTION TO WITHDRAW AS COUNSEL** on **EMILY TURNER** at **510 PAWNEE ST, Leavenworth, KS, 66048** in the manner indicated below:

**INDIVIDUAL SERVICE:** By delivering to the within named person a true copy of the above listed documents.

Description of person process was left with:

Sex: **Female** - Skin: **Black** - Hair: **Black** - Age: **45-50** - Height: **5ft7in** - Weight: **175**

Signed and sworn to before me on
this __14__ day of __July__ , 20_26_.

X_____
**Joseph M. Powers**
816-912-3070
License(s): PPS26-0435
Job#: **131711**

ID#

Kendra Nicole Vogel
Notary Public, Notary Seal
State of Missouri
Platte    County
My Commission Expires 4/20/2029
Commission # 25593892