**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

EMILY THOMPSON,

     Plaintiff,

v.

ANDREW DEDEKE, et al.,

     Defendants.

**Case No. 25-2681-TC-GEB**

## <u>ORDER</u>

This matter comes before the Court on Barry R. Grissom's and Jacob Miller's Motion to Withdraw as Counsel for Plaintiff and the request contained therein to stay case deadlines to allow Plaintiff time to secure new counsel.  (**ECF No. 43**).  Because the request to withdraw would leave Plaintiff without counsel, movants must satisfy the requirements of D. Kan. Rule. 83.5.5(a).  Upon review of the Motion and attached Exhibits, the Court finds these requirements have been met and good cause exists to **GRANT** the Motion and allow Barry R. Grissom and Jacob Miller to withdraw as counsel for Plaintiff Emily Thompson.

The Court also finds good cause exists to stay case deadlines to allow Plaintiff an opportunity to locate new counsel.  Accordingly, the Court sets a status conference for **<u>October 1, 2026, at 1:30 p.m.,</u>** by telephone before Magistrate Judge Gwynne E. Birzer.  All participants shall dial into the call at **<u>316-402-0044, and enter Conference ID: 220 054 263</u>**.  If Plaintiff **<u>finds new counsel</u>**, who enters an appearance on her behalf before October 1, 2026, the court will convert the status conference into a scheduling conference to reset remaining case deadlines.  If Plaintiff **<u>does not find new counsel</u>** before October 1, 2026, **<u>she must call in</u>** for this conference and update the Court on her plans for prosecuting this case.   If Plaintiff **<u>does not find new counsel and does</u>**

**not call in** for this conference, the Court will likely **enter a show cause order regarding why the case should not be dismissed for lack of prosecution.**

**IT IS THEREFORE ORDERED** the Motion to Withdraw as Counsel (**ECF No. 43**) is **GRANTED**.  Barry R. Grissom and Jacob Miller are hereby permitted to withdraw as counsel for Plaintiff Emily Thompson.

**IT IS FURTHER ORDERED** that case deadlines are stayed until October 1, 2026.  The Court sets a status conference for October 1, 2026, at 1:30 p.m., by telephone before Magistrate Judge Gwynne E. Birzer.  If Plaintiff does not find new counsel before October 1, 2026, she must call in for this conference and update the Court on her plans for prosecuting this case.   If Plaintiff does not find new counsel and does not call in for this conference, the Court will likely enter a show cause order regarding why the case should not be dismissed for lack of prosecution.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to mail a copy of this order to Plaintiff Emily Thompson at 510 Pawnee Street, Leavenworth, Kansas 66048.

**IT IS SO ORDERED.**

Dated: July 16, 2026, at Wichita, Kansas.

s/Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge